```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                MAR - 5 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. RUCKER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEN CLARK, Warden,<br><br>　　　　　Respondent. | Case No. CV 07-1392-AHS (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.[1]

DATED: MAR 5 2008

HONORABLE ALICEMARIE H. STOTLER
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

---

[1] Respondent also contends that grounds one and four of the SAP are unexhausted. (Mot. to Dismiss at 10-12.) Because the current action is time-barred, this Court declines to address the issue of exhaustion.