JS6

FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. RUCKER,<br><br>            Petitioner,<br><br>      vs.<br><br>KEN CLARK, Warden,<br><br>            Respondent. | Case No. CV 07-1392-AHS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///

///

///

1  IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report
2  and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3)
3  directing that Judgment be entered denying the Petition and dismissing this action
4  with prejudice.[2]

6
7  DATED: MAR 5 2008           _____
                               HONORABLE ALICEMARIE H. STOTLER
8                              Chief United States District Judge

10 Prepared by:

11
12 _____
   HONORABLE OSWALD PARADA
13 United States Magistrate Judge

---

[2] Respondent also contends that grounds one and four of the SAP are unexhausted. (Mot. to Dismiss at 10-12.) Because the current action is time-barred, this Court declines to address the issue of exhaustion.